IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CR-298  RLW |
| | ) |
| MICHAEL DESILVA | ) |
| | ) |
|     Defendant. | ) |

**AMENDED MOTION TO ALLOW DEFENDANT TO TRAVEL**

Michael DeSilva, through counsel Assistant Federal Public Defender Charles Banks, hereby respectfully requests this Court's order granting him permission to travel to Arkansas to help his children and their mother to move to a new residence. In support, Mr. DeSilva states the following:

1. Mr. DeSilva was released on bond when United States Magistrate Judge Nolle Collins entered her release order on August 9, 2017  (*see* Document # 26).

2. Paragraph 7(f) of that order requires Mr. DeSilva to obtain written permission from the court before he travels outside the Eastern District of Missouri or the District of New Jersey.

3. Mr. DeSilva's children and their mother are planning to relocate to a new residence in Arkansas. Mr. DeSilva hopes to travel from New Jersey on December 7th, 2017 to Arkansas with his children and their mother. Mr. Desilva will then remain at the new residence to help them move their property into the new home. He will then return directly home, returning no later than December 10, 2017. The new residence's address has been provided to the Court and the pretrial services officer via e-mail, and it is incorporated by reference herein.

    a. Mr. DeSilva understands he must comply with all other conditions of his pretrial release during any such travel.

    b. Mr. DeSilva continues to thrive and remain compliant while on pretrial release.

4. As of now, it is not known whether the government opposes this motion but counsel will notify the Court immediately once he learns the government's position. As counsel understands it, the pretrial services office does not oppose this request for travel.

WHEREFORE Mr. DeSilva asks this Court for permission allowing him to travel to Arkansas to help his family move from December 7, 2017 to December 10, 2017.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Gil Sison, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender