# COURTROOM MINUTE SHEET
# SENTENCING PROCEEDINGS

Date: August 8, 2018                    Case No. 4:17cr00298 RLW

UNITED STATES OF AMERICA vs. Michael A. DeSilva, Jr.

Judge: Ronnie L. White    Deputy Clerk: K Battle    Court Reporter: D. Kriegshauser
Interpreter: N/A          Probation Officer: present

Assistant U.S. Attorney: Gilbert Sison
Defendant Attorney(s): Charles Banks

- [✓] Defendant/Parties present for imposition of sentence
- [✓] Presentence Report adopted/accepted by Court as findings of fact   [ ] PSR filed under seal
- [ ] Government's Motion is   [ ] granted   [ ] denied
- [ ] No Objections to Presentence report filed by either party.
- [✓] Objections to Presentence report filed by [✓] defendant [ ] government.
- [✓] Objections to Presentence report heard and [ ] granted as follows: [✓] denied as follows:

- [✓] Sentence imposed (see judgment)
- [ ] Count(s) _____ dismissed on motion of AUSA
- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [✓] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS   [ ] Surrender date _____
- [ ] Defendant is released on Probation pending processing by USMS
- [✓] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
- [ ] Witness testimony (see witness list)
- [ ] Exhibits returned to and retained by counsel (see exhibit list)
- [ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.

Proceedings commenced: 11:05 A.M.    Concluded: 11:24 A.M.