**RECEIVED**

JUL 1 0 2023

**BY MAIL**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )        Case No. 4:17: CR 00298-1
    vs.                              )
Michael Desilva Jr                   )
                                     )
            Defendant.               )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Michael Desilva Jr, request that my term of probation or supervised release

be terminated early for the following reasons: I am on OTR driver
and have maintained employment

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

6·29·23
Date

(Signature of Defendant)
904 S Lafayette St
(Address)
Rogers AR 72758

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States

Probation Officer Tobey Reely [name] and to the United States Attorney's Office on

June 25, ,20 23

(Signature of Defendant)

M. DeSilva
904 S Lafayette St.
Rogers AR 72758

NW ARKANSAS AR 727
6 JUL 2023 PM 1 L

Eastern District of Missouri
111 South 10th St.
St Louis MO 63102

RECEIVED
JUL 10 2023
BY MAIL

63102-2804