| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 4:17CR00298-1 RLW |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24CR251(CCC) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Michael A. DeSilva Jr. ███ | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Ronnie L. White United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 27, 2019 — TO November 5, 2024 |

**OFFENSE**
Count 1 – Aiding and Abetting in the Use of Counterfeit Access Devices

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Defendant has no plans to relocate to the Eastern District of Missouri and has maintained compliance and employment while residing in the District of New Jersey.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

03/25/2024
*Date*

*signature* Ronnie L. White
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/2024
*Effective Date*

*signature*
*United States District Judge*

1