**Beginning February 1, 2017, under Local Rule 13.05, it is the procedure of this Court to order the U.S. Attorney's Office to file a sealed statement in <u>all</u> criminal cases in which a defendant enters a guilty plea that will either explain the terms of a defendant's cooperation _or_ state that a defendant did not cooperate with the government. <u>The public will not be able to determine whether a defendant did or did not cooperate with the government by reading these docket entries.</u>**

FORFEIT

# U.S. District Court
## Eastern District of Missouri (St. Louis)
## CRIMINAL DOCKET FOR CASE #: <u>4:17–cr–00298–RLW–1</u>

Case title: USA v. DeSilva et al

Date Filed: 07/05/2017

Date Terminated: 08/08/2018

Assigned to: District Judge Ronnie L. White

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Michael A. DeSilva, Jr.** <br> _TERMINATED: 08/08/2018_ | represented by | **Charles Joseph Banks** <br> FEDERAL PUBLIC DEFENDER <br> 1010 Market Street <br> Suite 200 <br> St. Louis, MO 63101 <br> 314–241–1255 x216 <br> Fax: 314–421–3177 <br> Email: Charles_Banks@fd.org <br> _LEAD ATTORNEY_ <br> _ATTORNEY TO BE NOTICED_ <br> _Designation: Public Defender or Community Defender Appointment_ <br> _Bar Status: Gov_ |
| | | **St. Louis Fed Public Defender** <br> FEDERAL PUBLIC DEFENDER – St Louis <br> 1010 Market Street <br> Suite 200 <br> St. Louis, MO 63101 <br> 314–241–1255 <br> Fax: 314–421–3177 <br> Email: moe_ecfnote@fd.org <br> _TERMINATED: 08/09/2017_ <br> _LEAD ATTORNEY_ <br> _Designation: Public Defender or Community Defender Appointment_ <br> _Bar Status: Gov_ |

**Pending Counts**

**Disposition**

Use of Counterfeit Access Device
(1r)

The defendant pleaded guilty to count one of the
Indictment on May 8, 2018. The defendant is
hereby committed to the custody of the Federal
Bureau of Prisons to be imprisoned for a total term
of 10 months. Upon release from imprisonment, the
defendant shall be on supervised release for a term
of three years. The defendant shall pay to the
United States a special assessment of $100 and
Restitution of $6,685.55 .

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

**Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**

**Disposition**

None

---

**Plaintiff**

**USA**

represented by **Gilbert C. Sison**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
314–539–2200
Fax: 314–539–2309
Email: usamoe.crimdock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Inactive*

**Kyle Timothy Bateman**
UNITED STATES ATTORNEYS
OFFICE – St. Louis
111 S. Tenth Street
20th Floor
St. Louis, MO 63102

314–539–7709
Fax: 314–539–2777
Email: kyle.bateman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*
*Bar Status: Gov*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/05/2017 | 1 | | INDICTMENT returned in open court on 7/5/2017 to Judge Audrey G. Fleissig by the Foreperson of the Grand Jury. Referred to Magistrate Judge John M. Bodenhausen as to Michael A. DeSilva, Jr (1) count(s) 1, Trenays N. Blackburn (2) count(s) 1, Shenita C. Howard (3) count(s) 1. FORFEITURE ALLEGATION (Attachments: # 1 Criminal Cover Sheet) (DLB) (Entered: 07/06/2017) |
| 07/05/2017 | 2 | | REDACTED INDICTMENT returned in open court on 7/5/2017 to Judge Audrey G. Fleissig by the Foreperson of the Grand Jury. Referred to Magistrate Judge John M. Bodenhausen as to Michael A. DeSilva, Jr (1): Former count 1 is now count 1r. Trenays N. Blackburn (2): Former count 1 is now count 1r. Shenita C. Howard (3): Former count 1 is now count 1r.. (DLB) (Entered: 07/06/2017) |
| 07/05/2017 | | | Warrants Issued as to Indictment in case as to Michael A. DeSilva, Jr, Trenays N. Blackburn, Shenita C. Howard. (DLB) (Entered: 07/06/2017) |
| 07/06/2017 | 3 | | ENTRY OF ATTORNEY APPEARANCE Gilbert C. Sison appearing for USA. (Sison, Gilbert) (Entered: 07/06/2017) |
| 07/06/2017 | 4 | | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 07/06/2017) |
| 08/07/2017 | | | Arrest of defendant Michael A. DeSilva, Jr date of arrest: 8/7/17 (LGK) (Entered: 08/08/2017) |
| 08/07/2017 | 16 | | Minute Entry for proceedings held before Magistrate Judge Noelle C. Collins:Initial Appearance/Rule 5 as to Michael A. DeSilva, Jr held on 8/7/2017 Michael A. DeSilva Jr. (1) $20,000 secured by 10%. Defendant given copy of: indictment. Defendant to retain: n/a. Court to appoint: FPD. Pretrial Services Officer: A. Byrd. Arraignment set for 8/15/2017 09:30 AM in Courtroom 15S before Magistrate Judge John M. Bodenhausen. (FTR Gold Operator initials:B. Porter) (FTR Gold: Yes) (proceedings started: 3:44 p.m.) (proceedings ended: 3:52 p.m.) (Defendant Location: custody) (LGK) (Entered: 08/08/2017) |
| 08/07/2017 | 17 | | CJA 23 Financial Affidavit by Michael A. DeSilva, Jr (LGK) (Entered: 08/08/2017) |

| 08/07/2017 | <u>18</u> | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael A. DeSilva, Jr St. Louis Fed Public Defender for Michael A. DeSilva, Jr appointed for all further proceedings in the case. Signed by Magistrate Judge Noelle C. Collins on 8/7/17. (LGK) (Entered: 08/08/2017) |
|---|---|---|---|
| 08/08/2017 | <u>19</u> | | ORDER as to Michael A. DeSilva, Jr: IT IS HEREBY ORDERED that bond is set as to Defendant Michael A. Desilva, Jr., in the amount of $20,000.00 to be secured by 10% ($2,000.00) in cash. Signed by Magistrate Judge Noelle C. Collins on August 8, 2017. (BRP) (Entered: 08/08/2017) |
| 08/08/2017 | <u>20</u> | | Warrant Returned Executed as to Indictment on 8/7/17 in case as to Michael A. DeSilva, Jr (LGK) (Entered: 08/09/2017) |
| 08/09/2017 | <u>21</u> | | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen:Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Michael A. DeSilva Jr. (1) Count 1r held on 8/9/2017. Oral motion for extension of time to file pretrial motions is granted. Order on pretrial motions to issue. Jury trial to be set by District Judge at the conclusion of the pretrial motion practice. (FTR Gold Operator initials:LGW) (FTR Gold: Yes) (proceedings started: 1:03 p.m.) (proceedings ended: 1:07 p.m.) (Defendant Location: custody) (LGK) (Entered: 08/09/2017) |
| 08/09/2017 | <u>22</u> | | MOTION for Extension For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Michael A. DeSilva, Jr. (LGK) (Entered: 08/09/2017) |
| 08/09/2017 | <u>23</u> | | ORDER CONCERNING PRETRIAL MOTIONS as to Michael A. DeSilva, Jr. Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information. IT IS FURTHER ORDERED that defendants oral motion for extension of time within which to file motions is GRANTED. <u>22</u> . The parties shall respond to any such request for pretrial disclosure not later than 8/14/17. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 9/7/17. Criminal Pretrial Motion due by 9/7/2017. Signed by Magistrate Judge John M. Bodenhausen on 8/9/17. (LGK) (Entered: 08/09/2017) |
| 08/09/2017 | <u>24</u> | | Minute Entry for proceedings held before Magistrate Judge Noelle C. Collins:Bond Execution as to Michael A. DeSilva, Jr held on 8/9/2017 bond executed in the amount of: $20,000 secured by 10% (FTR Gold Operator initials:B. Porter) (FTR Gold: Yes) (proceedings started: 1:40 p.m.) (proceedings ended: 1:48 p.m.) (Defendant Location: released on bond after processing by the USMS) (LGK) (Entered: 08/09/2017) |
| 08/09/2017 | <u>25</u> | | Secured by 10% Bond Entered as to defendant Michael A. DeSilva, Jr in amount of $ 20,000, Signed by Magistrate Judge Noelle C. Collins on 8/9/17. (LGK) (Entered: 08/09/2017) |
| 08/09/2017 | | | Receipt from USDC/District of New Jersey as to Michael A. DeSilva, Jr.: $ 2000.00, receipt number 303993 for Bail (ARL) (Entered: 08/09/2017) |
| 08/09/2017 | <u>26</u> | | ORDER Setting Conditions of Release by Defendant Michael A. DeSilva, Jr. as to Michael A. DeSilva Jr. (1) $20,000 secured by 10% Signed by Magistrate Judge Noelle C. Collins on 8/9/17. (LGK) (Entered: 08/09/2017) |

| 08/09/2017 | 27 | | AFFIDAVIT OF OWNERSHIP for Michael A. DeSilva, Jr. in the amount of $2000.00 ; owner of bond Danielle DeHanes. (ARL) (Entered: 08/09/2017) |
|---|---|---|---|
| 08/09/2017 | 28 | | ENTRY OF ATTORNEY APPEARANCE: by Charles Joseph Banks on behalf of Michael A. DeSilva, Jr (Banks, Charles) (Entered: 08/09/2017) |
| 08/09/2017 | 29 | | REQUEST for Discovery as to Michael A. DeSilva, Jr (Banks, Charles) (Entered: 08/09/2017) |
| 08/10/2017 | 30 | | BAIL REPORT(FILED UNDER SEAL) as to Michael A. DeSilva, Jr. (ALB) (Entered: 08/10/2017) |
| 08/14/2017 | 31 | | Letter Regarding Discovery as to Michael A. DeSilva, Jr (Sison, Gilbert) (Entered: 08/14/2017) |
| 08/14/2017 | 32 | | DISCLOSURE of Arguably Suppressible Evidence as to Michael A. DeSilva, Jr, Trenays N. Blackburn (Sison, Gilbert) (Entered: 08/14/2017) |
| 09/07/2017 | 43 | | First MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 09/07/2017) |
| 09/08/2017 | 44 | | ORDER as to Michael A. DeSilva Jr. (1) IT IS HEREBY ORDERED that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [ECF No. 43 ] IT IS FURTHER ORDERED that Defendant shall have until October 12, 2017, to file any pretrial motions or waiver of motions. The Government shall have until October 19, 2017, to respond. IT IS FINALLY ORDERED that the Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 9/8/17. (KXS) (Entered: 09/08/2017) |
| 10/13/2017 | 53 | | Second MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 10/13/2017) |
| 10/16/2017 | 55 | | ORDER granting 53 Second MOTION for Extension of Time to File *Pretrial Motions* filed by Michael A. DeSilva, Jr. IT IS FURTHER ORDERED that Defendant shall have until 11/10/2017, to file any pretrial motions or waivers of motions. The Government shall have until 11/17/2017 to respond. Signed by Magistrate Judge John M. Bodenhausen on 10/16/2017. (CAR) (Entered: 10/16/2017) |
| 10/30/2017 | | | Receipt 4644068216 in the amount of $2000.00 for COMM REG–OTHER–BOND–COLB on behalf of Michael Desilva, JR (CCAM) (Entered: 10/31/2017) |
| 11/11/2017 | 61 | | Third MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 11/11/2017) |
| 11/13/2017 | 62 | | ORDER granting 61 Motion for Extension of Time to File as to Michael A. DeSilva Jr. (1). IT IS HEREBY ORDERED that Defendants motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [ECF No. 61 ] IT IS FURTHER ORDERED that Defendant shall have until December 6, 2017, to file any pretrial motions or waiver of motions. The Government shall have until December 13, 2017, to respond. IT IS FINALLY ORDERED that the Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed |

| | | | |
|---|---|---|---|
| | | | by Magistrate Judge John M. Bodenhausen on 11/13/17. (ARL) (Entered: 11/13/2017) |
| 12/01/2017 | 66 | | First MOTION to Travel by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 12/01/2017) |
| 12/04/2017 | 67 | | AMENDED MOTION to Travel by Michael A. DeSilva, Jr. re 66 First Motion to Allow Defendant to Travel. (ARL) (Entered: 12/04/2017) |
| 12/04/2017 | 68 | | Second MOTION to Travel *Amended, Final* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 12/04/2017) |
| 12/05/2017 | 69 | | ORDER as to Michael A. DeSilva Jr. (1)...IT IS HEREBY ORDERED that Defendant Michael A. DeSilva, Jr.s Second Amended Motion to Allow Defendant to Travel (Docket No. 68 ) is GRANTED. IT IS FURTHER ORDERED that Defendant Michael A. DeSilva, Jr., may travel outside of the Eastern District of Missouri and the District of New Jersey, for the period and purposes set out in his motion, subject to any and all terms imposed by the United States Pretrial Services Agency. In all other respects the Order Setting Conditions Of Release entered on August 9, 2017, remains in effect. IT IS FURTHER ORDERED that Defendant's Motion to Allow Defendant to Travel (Docket No. 66 ); and Amended Motion to Allow Defendant to Travel (Docket No. 67 ) are DENIED as moot. Signed by Magistrate Judge Noelle C. Collins on 12/5/2017. (NEP) (Entered: 12/05/2017) |
| 12/06/2017 | 71 | | Fourth MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 12/06/2017) |
| 12/06/2017 | 72 | | ORDER as to Michael A. DeSilva, Jr: IT IS HEREBY ORDERED that Defendant's motion for extension of timewithin which to file motions and for continuance of the pretrial motion hearing is GRANTED. [ECF No. 71 ]. IT IS FURTHER ORDERED that Defendant shall have until January 5, 2018, to file any pretrial motions or waiver of motions. The Government shall have until January 12, 2018, to respond. IT IS FINALLY ORDERED that the Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 12/6/17. (LGK) (Entered: 12/06/2017) |
| 01/07/2018 | 75 | | Fifth MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 01/07/2018) |
| 01/09/2018 | 76 | | ORDER granting 75 Fifth MOTION for Extension of Time to File Pretrial Motions filed by Michael A. DeSilva, Jr. Criminal Pretrial Motions due by 1/31/2018; responses due by 2/7/2018. Signed by Magistrate Judge John M. Bodenhausen on 1/9/2018. (CAR) (Entered: 01/09/2018) |
| 02/05/2018 | 78 | | Sixth MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 02/05/2018) |
| 02/05/2018 | 79 | | ORDER as to Michael A. DeSilva, Jr: IT IS HEREBY ORDERED that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [ECF No. 78 ]. IT IS FURTHER ORDERED that Defendant shall have until February 14, 2018, to file any pretrial motions or waiver of motions. The Government shall have until February 21, 2018, to respond. IT IS FINALLY ORDERED that the |

| | | | |
|---|---|---|---|
| | | | Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 2/5/18. (LGK) (Entered: 02/05/2018) |
| 02/22/2018 | 82 | | Order for Application for Writ of Habeas Corpus ad Prosequendum as to Michael A. DeSilva, Jr Signed by Magistrate Judge John M. Bodenhausen on 2/22/18. (LGK) (Entered: 02/23/2018) |
| 02/22/2018 | | | Writ of Habeas Corpus ad Prosequendum Issued as to defendant Michael A. DeSilva, Jr for any and all court dates on on dates and times to be determined.(LGK) (Entered: 02/23/2018) |
| 02/22/2018 | | | Arrest of defendant Michael A. DeSilva, Jr date of arrest: 2/22/2018 (CAR) (Entered: 04/25/2018) |
| 02/28/2018 | 83 | | Seventh MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 02/28/2018) |
| 02/28/2018 | 84 | | ORDER granting 83 Motion for Extension of Time to File as to Michael A. DeSilva Jr. (1). IT IS HEREBY ORDERED that Defendants motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is GRANTED. [ECF No. 83 ] IT IS FURTHER ORDERED that Defendant shall have until April 2, 2018, to file any pretrial motions or waiver of motions. The Government shall have until April 9, 2018, to respond. IT IS FINALLY ORDERED that the Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 2/28/18. (ARL) (Entered: 02/28/2018) |
| 04/02/2018 | 85 | | Eighth MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 04/02/2018) |
| 04/03/2018 | 86 | | ORDER granting 85 Eighth MOTION for Extension of Time to File *Pretrial Motions* filed by Michael A. DeSilva, Jr. Criminal Pretrial Motions due by 4/16/2018; responses due by 4/23/2018. The Evidentiary/Waiver Hearing will be set upon further order of the Court. Signed by Magistrate Judge John M. Bodenhausen on 4/3/2018. (CAR) (Entered: 04/03/2018) |
| 04/16/2018 | 88 | | Ninth MOTION for Extension of Time to File *Pretrial Motions* by Michael A. DeSilva, Jr. (Banks, Charles) (Entered: 04/16/2018) |
| 04/17/2018 | 89 | | Docket Text ORDER as to Michael A. DeSilva, Jr. A status conference is set in the instant matter for April 25, 2018, at 9:30 a.m. in Courtroom 15–South before the undersigned. Defendant and counsel for both parties are directed to appear. So Ordered. John M. Bodenhausen, United States Magistrate Judge. April 17, 2018. (CEC) (Entered: 04/17/2018) |
| 04/23/2018 | 90 | | WAIVER of Filing Pretrial Motions by Michael A. DeSilva, Jr (Banks, Charles) (Entered: 04/23/2018) |
| 04/25/2018 | 91 | | Minute Entry for proceedings held before Magistrate Judge John M. Bodenhausen: In Court Hearing (Waiver of Motions) as to Michael A. DeSilva, Jr held on 4/25/2018. Jury Trial is set for 6/4/2018 at 9:00 AM in Courtroom 10S before District Judge Ronnie L. White. (FTR Gold Operator initials:C. Ritter) (FTR Gold: Yes) (proceedings started: 9:32 am) (proceedings ended: 9:37 am) (Defendant Location: Remanded to Custody) (CAR) (Entered: 04/25/2018) |

| | | | |
|---|---|---|---|
| 04/25/2018 | 92 | | Docket Text ORDER as to Michael A. DeSilva, Jr. A waiver hearing was held April 25, 2018, the Defendant appeared with counsel on the record. The undersigned inquired of the Defendant as to his understanding of his right to file pretrial motions and to hold a hearing on pretrial motions. The Defendant acknowledged that he understood his rights in this regard, and it was his intention to waive both his right to file pretrial motions and to hold a hearing on pretrial motions. Based on the above, the undersigned accepts the Defendant's waiver as knowingly and voluntarily made. Therefore, no report and recommendation will be forthcoming. The trial of this matter is set on June 4, 2018, before the Honorable Ronnie L. White, United States District Judge. Signed by, John M. Bodenhausen, United States Magistrate Judge. April 25, 2018. (CEC) (Entered: 04/25/2018) |
| 04/26/2018 | 93 | | ORDER as to Michael A. DeSilva, Jr...IT IS HEREBY ORDERED that this matter be removed from the trial docket of June 4, 2018 and set for a possible change of plea hearing on Tuesday, May 8 2018 at 11:00 a.m. in Courtroom 10– South, before the Honorable Ronnie L. White. (Change of Plea Hearing set for 5/8/2018 11:00 AM in Courtroom 10S before District Judge Ronnie L. White.) Signed by District Judge Ronnie L. White on 4/26/2018. (NEP) (Entered: 04/26/2018) |
| 05/08/2018 | 96 | | Minute Entry for proceedings held before District Judge Ronnie L. White:Change of Plea Hearing as to Michael A. DeSilva, Jr held on 5/8/2018 as to count(s) one. The Court finds the defendant competent to enter a plea of guilty. By leave of Court, the defendant withdraws former plea of not guilty and entersa plea of guilty to count one of the indictment. The Court adopts and approves Guilty Plea Agreement. Guilty Plea Agreement filed. Objections to Presentence Report due by 7/18/2018. Sentencing set for 8/8/2018 11:00 AM in Courtroom 10S before District Judge Ronnie L. White. (Court Reporter:Debbie Kriegshauser, Deborah_Kriegshauser@moed.uscourts.gov, 314–244–7449) (FTR Gold: No) (proceedings started: 11:04am) (proceedings ended: 11:24am) <span style="color:green">(Defendant Location: CUSTODY)</span> (KCB) (Entered: 05/08/2018) |
| 05/08/2018 | 97 | | GUILTY PLEA AGREEMENT by Michael A. DeSilva, Jr. (KCB) (Entered: 05/08/2018) |
| 05/08/2018 | 98 | | <span style="color:red">GUILTY PLEA AGREEMENT SUPPLEMENT as to Michael A. DeSilva, Jr.</span> (KCB) (Entered: 05/08/2018) |
| 05/08/2018 | 99 | | ORDER as to Michael A. DeSilva, Jr : IT IS HEREBY ORDERED that the sentencing as to defendant is set for Wednesday, August 8, 2018 at 11:00 a.m. IT IS FURTHER ORDERED that the deadline for filing objections, if any, to the Presentence Report is July 18, 2018. IT IS FURTHER ORDERED that no objections shall be filed after the deadline without leave of the Court. A request for leave to file objections out of time must be in writing and supported by reasons for the request. IT IS FURTHER ORDERED that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony. IT IS FINALLY ORDERED that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days |

| | | | |
|---|---|---|---|
| | | | before the sentencing date. Signed by District Judge Ronnie L. White on 05/08/2018. (KCB) (Entered: 05/08/2018) |
| 07/26/2018 | 108 | | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Michael A. DeSilva, Jr (Banks, Charles) (Entered: 07/26/2018) |
| 07/27/2018 | 109 | | SENTENCING LETTER by defendant Michael A. DeSilva, Jr (Attachments: # 1 Letter Letters in Support)(Banks, Charles) (Entered: 07/27/2018) |
| 08/01/2018 | 111 | | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Michael A. DeSilva, Jr (Attachments: # 1 Letter)(MDH) (Entered: 08/01/2018) |
| 08/07/2018 | 113 | | SENTENCING DOCUMENT by USA as to Michael A. DeSilva, Jr (Sison, Gilbert) (Entered: 08/07/2018) |
| 08/07/2018 | 114 | | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Michael A. DeSilva, Jr (Sison, Gilbert) (Entered: 08/07/2018) |
| 08/08/2018 | 115 | | ENTRY OF ATTORNEY APPEARANCE Kyle Timothy Bateman appearing for USA. (Bateman, Kyle) (Entered: 08/08/2018) |
| 08/08/2018 | 116 | | PRELIMINARY MOTION for Forfeiture of Property by USA as to Michael A. DeSilva, Jr. (Attachments: # 1 Text of Proposed Order)(Bateman, Kyle) (Entered: 08/08/2018) |
| 08/08/2018 | 117 | | PRELIMINARY ORDER OF FORFEITURE as to Michael A. DeSilva, Jr. [SEE ORDER FOR COMPLETE DETAILS]. Signed by District Judge Ronnie L. White on 08/08/2018. (KCB) (Entered: 08/08/2018) |
| 08/08/2018 | 118 | | Minute Entry for proceedings held before District Judge Ronnie L. White: Sentencing as to Michael A. DeSilva, Jr held on 8/8/2018. Defendant/Parties present for imposition of sentence. Presentence Report adopted/accepted by Court as findings of fact. Objections to Presentence report filed by defendant and overruled. Sentence imposed (see judgment).Defendant remanded to custody of the USMS. Certificate of Compliance with Local Rule 12.07(A) provided to defendants attorney. (Court Reporter:Debbie Kriegshauser, Deborah_Kriegshauser@moed.uscourts.gov, 314–244–7449) (FTR Gold: No) (proceedings started: 11:05am) (proceedings ended: 11:24am) (Defendant Location: CUSTODY) (KCB) Non–party transcript request for this proceeding provided to Court Reporter: D. Kriegshauser on 1/18/2019 (BABS). (Entered: 08/08/2018) |
| 08/08/2018 | 119 | | JUDGMENT as to Michael A. DeSilva, Jr. (1), Count(s) 1r, The defendant pleaded guilty to count one of the Indictment on May 8, 2018. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 10 months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years. The defendant shall pay to the United States a special assessment of $100 and Restitution of $6,685.55. Signed by District Judge Ronnie L. White on 08/08/2018. (KCB) (Entered: 08/08/2018) |
| 08/08/2018 | 120 | | STATEMENT OF REASONS for Sentence as to defendant Michael A. DeSilva, Jr. Signed by District Judge Ronnie L. White on 08/08/2018. (KCB) (Entered: 08/08/2018) |

| 08/08/2018 | 121 | | NOTICE by Michael A. DeSilva, Jr of Certification of Compliance with Local Rule 12.07. (Banks, Charles) (Entered: 08/08/2018) |
|---|---|---|---|
| 08/13/2018 | 122 | | ORDER (Financial) as to Michael A. DeSilva, Jr to the surety of record in the Amount of $2,000.00. Signed by District Judge Ronnie L. White on 8/13/2018. (AFC) (Entered: 08/13/2018) |
| 08/22/2018 | | | REMARK as to Michael A. DeSilva, Jr: Registry disbursement of a criminal bond in the amount of $2000 payable to Danielle DeHanes on 08/22/18 by US Treasury check # 88201447. (LLS) (Entered: 08/27/2018) |
| 01/24/2019 | 139 | | TRANSCRIPT ORDER REQUEST for 118 (SENTENCING) by Michael A. DeSilva, Jr for proceedings held on 8/8/2018 court reporter Debbie Kriegshauser before Judge Ronnie L. White. (Banks, Charles) (Entered: 01/24/2019) |
| 01/25/2019 | 140 | | TRANSCRIPT of 118 (SENTENCING) as to Michael A. DeSilva, Jr held on August 8, 2018 before Judge Ronnie L. White. Court Reporter: Debbie Kriegshauser, Deborah_Kriegshauser@moed.uscourts.gov, 314−244−7449. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/15/2019. Redacted Transcript Deadline set for 2/25/2019. Release of Transcript Restriction set for 4/25/2019. (KCB) (Entered: 01/25/2019) |
| 01/25/2019 | 141 | | <span style="color:red">TRANSCRIPT of 118 (SENTENCING – LOCAL RULE 13.05 SEALED BENCH CONFERENCE) (FILED UNDER SEAL)</span> as to Michael A. DeSilva, Jr held on August 8, 2018 before Judge Ronnie L. White. Court Reporter/Transcriber Debbie Kriegshauser, Deborah_Kriegshauser@moed.uscourts.gov, 314−244−7449. (KCB) (Entered: 01/25/2019) |
| 01/25/2019 | 142 | | FINAL MOTION for Forfeiture of Property by USA as to Michael A. DeSilva, Jr. (Attachments: # 1 Text of Proposed Order)(Bateman, Kyle) (Entered: 01/25/2019) |
| 01/28/2019 | 143 | | FINAL ORDER OF FORFEITURE as to Michael A. DeSilva, Jr. [SEE ORDER FOR COMPLETE DETAILS.] Signed by District Judge Ronnie L. White on 1/28/2019. (cc: USMS) (AFC) (Entered: 01/28/2019) |
| 04/10/2019 | | | Receipt CT B00117 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of DeSilva, Michael A Jr (CCAM) (Entered: 05/12/2019) |
| 05/13/2019 | | | Receipt CT B00118 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of DeSilva, Michael A Jr (CCAM) (Entered: 06/16/2019) |
| 06/11/2019 | | | Receipt CT B001116 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of DeSilva, Michael A Jr (CCAM) (Entered: 07/14/2019) |
| 07/05/2019 | | | Receipt CT B00112 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of DeSilva, Michael A Jr (CCAM) (Entered: 08/11/2019) |

| | | | |
|---|---|---|---|
| 08/07/2019 | | | Receipt CT B00117 in the amount of $25.00 for VICTIM J&S RESTITUTION on behalf of DeSilva, Michael A Jr (CCAM) (Entered: 09/15/2019) |
| 07/10/2023 | 146 | | MOTION for Early Termination of Probation/Supervised Release for Michael A. DeSilva Jr. (1) Count 1r by Michael A. DeSilva, Jr. (TMT) (Entered: 07/10/2023) |
| 04/15/2024 | 148 | | Supervised Release Jurisdiction Transferred to District of New Jersey as to Michael A. DeSilva, Jr. (KCD) (Entered: 04/15/2024) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JUL - 5 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| MICHAEL A. DESILVA, JR., ) | |
| TRENAYS N. BLACKBURN, ) | **4:17CR298 RLW/JMB** |
| and ) | |
| SHENITA C. HOWARD, ) | |
| ) | |
| Defendants. ) | |

## **INDICTMENT**

**THE GRAND JURY CHARGES:**

### **COUNT ONE**
**[Use of Counterfeit Access Device]**

Beginning on a date unknown to the Grand Jury to on or about February 11, 2017, in the

Eastern District of Missouri, the defendants,

**MICHAEL A. DESILVA, JR.**
**TRENAYS N. BLACKBURN**
**and**
**SHENITA C. HOWARD**

knowingly and with intent to defraud, used counterfeit access devices, specifically various gift

cards and credit cards that were altered to contain account numbers of other persons without

authorization, with said use affecting interstate and foreign commerce, in that the counterfeit

access devices reflected account numbers held by financial institutions operating in interstate commerce, in violation of 18 U.S.C. § 1029 (a)(1) and (c)(1)(A)(i) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.      Pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), upon conviction of an offense in violation of Title 18, United States Code, Section 1029 as set forth in Count One of this Indictment, the defendants MICHAEL A. DESILVA, JR., TRENAYS N. BLACKBURN, AND SHENITA C. HOWARD, shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s) and any personal property used or intended to be used to commit the offense.

2.      Specific property subject to forfeiture includes, but is not limited to, re-encoded and original gift cards and credit cards, as well as large quantities of cigarettes purchased with said gift cards and credit cards.

3.      Subject to the forfeiture is a sum of money equal to the value of the property constituting, or derived from proceeds the defendants obtained directly or indirectly as a result of such violation.

4.      If any of the property described above, as a result of any act omission of the defendant:

         a.      cannot be located upon the exercise of due diligence;

         b.      has been transferred or sold to, or deposited with, a third party;

         c.      has been placed beyond the jurisdiction of the court;

         d.      has been substantially diminished in value; or

    e.       has been commingled with other property which cannot be divided

            without difficulty,

The United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

Dated: _____            A TRUE BILL


                                             _____

                                           FOREPERSON


                                         CARRIE COSTANTIN
                                         Acting United States Attorney


                                         _____

                                         GILBERT C. SISON
                                         Assistant United States Attorney

# United States District Court

### Eastern District of Missouri

UNITED STATES OF AMERICA

v.

Michael A. DeSilva, Jr.

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER:  4:17CR00298-1 RLW

USM Number:  55381-066

THE DEFENDANT:

Charles Joseph Banks
Defendant's Attorney

☒ pleaded guilty to count(s)  one of the Indictment on May 8, 2018.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1029(a)(1), 18 U.S.C. § 1029(c)(1)(A)(i), and 18 U.S.C. § 2 | Aiding and Abetting in the Use of Counterfeit Access Devices | February 11, 2017 | One |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 8, 2018

Date of Imposition of Judgment

Signature of Judge

Ronnie L. White
United States District Judge
Name & Title of Judge

August 8, 2018

Date signed

Judgment-Page  2  of  8

DEFENDANT:  Michael A. DeSilva, Jr.

CASE NUMBER:  4:17CR00298-1 RLW

District:  Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of  10 months.

This sentence shall run consecutive to any sentence imposed in Docket No. CP-14-CR-0001190-2016, in Court of Common Please, Centre County, Pennsylvania; in Docket Number 2017-CF-84 in Circuit Court, Bond County, Illinois; and in Docket Number 2009SN042958 in Criminal Court, Kings County, New York.

☒  The court makes the following recommendations to the Bureau of Prisons:

While in the custody of the Bureau of Prisons, it is recommended the defendant be evaluated for participation in the Residential Drug Abuse Program. It is also recommended the defendant be evaluated for participation in an Occupational/Educational program, specifically, in business and in the Financial Responsibility Program . Such recommendations are made to the extent they are consistent with the Bureau of Prisons policies.

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  a.m./pm on  _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____

    ☐  as notified by the United States Marshal

    ☐  as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE

16

Judgment—Page __3__ of __8__

DEFENDANT:  Michael A. DeSilva, Jr.

CASE NUMBER:  4:17CR00298-1 RLW

District:  Eastern District of Missouri

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  three years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. (check if applicable)

7. ☐ You must participate in an approved program for domestic violence. (check if applicable)

You must comply with the standard conditions that have been adopted by this court as well with any other conditions on the attached page.

Case: 4:17-cr-00298-RLW Document 119 Filed 08/08/18 Page 4 of 9 PageID 414

Judgment—Page ___4___ of ___8___

DEFENDANT:  Michael A. DeSilva, Jr.
CASE NUMBER:  4:17CR00298-1 RLW
District:  Eastern District of Missouri

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

Case 4:17-cr-00298-RLW   Document 119   Filed 08/08/18   Page 5 of 9   PageID 415

DEFENDANT:    Michael A. DeSilva, Jr.
CASE NUMBER:  4:17CR00298-1 RLW
District:    Eastern District of Missouri

## SPECIAL CONDITIONS OF SUPERVISION

As part of your supervision, you must comply with the following additional special conditions. If it is determined there are costs associated with any services provided, you shall pay those costs based on a co-payment fee established by the probation office:

You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

You must apply all monies received from any anticipated and/or unexpected financial gains, including any income tax refunds, inheritances, or judgments, to the outstanding Court-ordered financial obligation. You must immediately notify the probation office of the receipt of any indicated monies.

If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

AO 245B (Rev. 09/17)   Judgment in Criminal Case       Sheet 5 - Criminal Monetary Penalties

Judgment-Page ___6___ of ___8___

DEFENDANT:  Michael A. DeSilva, Jr.

CASE NUMBER:  4:17CR00298-1 RLW

District:   Eastern District of Missouri

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on sheet 6

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| Totals: | $100.00 | | | $6,385.55 |

☐ The determination of restitution is deferred until _____ . *An Amended Judgment in a Criminal Case* (AO 245C) will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant ot 18 U.S.C. 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Scotiabank; Attn: Linda Lee Stankowski | | $4,480.12 | |
|    Fraud Claims; 90 Wynford Dr 1st floor, Toronto, ON; M3C 0N5 | | | |
| Jefferson Bank of Missouri; Attn: Scott Victor | | $513.92 | |
|    700 Southwest Blvd; P.O. Box 600; Jefferson City, MO 65109 | | | |
| Central Trust Bank; Attn: Diane Grothoff | | $689.61 | |
|    P.O. Box 779; Jefferson City, MO 65102 | | | |
| Central Bank of Moberly | | $701.90 | |
|    5th and Coates Streets; P.O. Box 160; Moberly, MO 65270 | | | |
| Totals: | | $6,385.55 | |

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☒ The interest requirement is waived for the.   ☐ fine   ☒ restitution.

   ☐ The interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  Michael A. DeSilva, Jr.
CASE NUMBER:  4:17CR00298-1 RLW
District:  Eastern District of Missouri

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒  Lump sum payment of  $6,485.55  due immediately, balance due

      ☐ not later than _____ , or

      ☒ in accordance with  ☐ C,  ☐ D, or  ☐ E below; or  ☒ F below; or

B ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ E below; or  ☐ F below; or

C ☐  Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐  Payment in equal _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after Release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time: or

F ☒  Special instructions regarding the payment of criminal monetary penalties:

**IT IS FURTHER ORDERED that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several
Defendant and Co-defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

This obligation is joint and several with Shenita C. Howard in this case.

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:

Under 21 U.S.C. Section 853, the defendant agreed to forfeit all rights, title and interest in the property previously identified in the Preliminary Order of Forfeiture granted on August 8, 2018.

Payments shall be applied in the following order: (1) assessment; (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest (6) community restitution.(7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT:   Michael A. DeSilva, Jr.

CASE NUMBER:  4:17CR00298-1 RLW

District:    Eastern District of Missouri

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

All criminal monetary penalties are due in full immediately. The defendant shall pay all criminal monetary penalties through the Clerk of Court. If the defendant cannot pay in full immediately, then the defendant shall make payments under the following minimum payment schedule: During incarceration, it is recommended that the defendant pay criminal monetary penalties through an installment plan in accordance with the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of 50% of the funds available to the defendant. If the defendant owes any criminal monetary penalties when released from incarceration, then the defendant shall make payments in monthly installments of at least $200, or no less than 10% of the defendant's gross earnings, whichever is greater, with payments to commence no later than 30 days after release from imprisonment. Until all criminal monetary penalties are paid in full, the defendant shall notify the Court and this district's United States Attorney's Office, Financial Litigation Unit, of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay criminal monetary penalties. The defendant shall notify this district's United States Attorney's Office, Financial Litigation Unit, of any change of mailing or residence address that occurs while any portion of the criminal monetary penalties remains unpaid.



DEFENDANT: Michael A. DeSilva, Jr.
CASE NUMBER: 4:17CR00298-1 RLW
USM Number: 55381-066

## UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____

_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
Deputy U.S. Marshal

☐   The Defendant was released on _____ to_____ Probation

☐   The Defendant was released on _____ to_____ Supervised Release

☐   and a Fine of_____  ☐ and Restitution in the amount of_____

_____
UNITED STATES MARSHAL

By   _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____

23

| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:17CR00298-1 RLW |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:24CR251(CCC) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE: Michael A. DeSilva Jr. ███████████ | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Ronnie L. White United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 27, 2019 / TO November 5, 2024 |

OFFENSE

Count 1 – Aiding and Abetting in the Use of Counterfeit Access Devices

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Defendant has no plans to relocate to the Eastern District of Missouri and has maintained compliance and employment while residing in the District of New Jersey.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

03/25/2024
_____
Date

*Ronnie L. White*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/2024
_____
*Effective Date*

_____
*United States District Judge*